THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT STORES NATIONAL BANK.,<br><br>    Defendant. | Civil Action No. 3:10-cv-05830-RBL<br><br>**NOTICE OF APPEARANCE** |

YOU ARE HEREBY NOTIFIED that the undersigned is an attorney for Defendant Department Stores National Bank in the above-entitled action, and hereby enters his appearance herein, and directs that all further pleadings in this matter be served upon the undersigned by electronic notification.

DATED: March 10, 2011

                                        BULLIVANT HOUSER BAILEY PC


                                        By  */s/ John R. Bachofner*
                                           John R. Bachofner, WSBA #18650
                                           E-Mail: john.bachofner@bullivant.com
                                    Attorneys for Department Stores National Bank

NOTICE OF APPEARANCE
Civil Action No. 3:10-Civil-05830-RBL

Page 1

Bullivant|Houser|Bailey PC
805 Broadway Street, Suite 400
Vancouver, Washington 98660-3310
Telephone: 360.693.2424

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2011, I caused to be served the foregoing *Notice of Appearance* on the following parties at the following addresses:

**Jeffrey D. Boyd**
NELSON BOYD PLLC
1700 SEVENTH AVENUE
SUITE 2220
SEATTLE, WA 98101
206-971-7601
boyd@nelsonboydlaw.com

**Rachel J Geman**
LIEFF CABRASER HEIMANN & BERNSTEIN (NY)
250 HUDSON ST
8TH FLOOR
NEW YORK, NY 10013-1413
212-355-9500
rgeman@lchb.com

**Kenneth J Grunfeld**
GOLOMB & HONIK, PC
1515 MARKET STREET
SUITE 1100
PHILADELPHIA, PA 19102
215-985-9177
kgrunfeld@golombhonik.com

**Deborah M Nelson**
NELSON BOYD PLLC
1700 SEVENTH AVENUE
SUITE 2220
SEATTLE, WA 98101
206-971-7601
nelson@nelsonboydlaw.com

NOTICE OF APPEARANCE
Civil Action No. 3:10-Civil-05830-RBL

Page 2

Bullivant|Houser|Bailey PC
805 Broadway Street, Suite 400
Vancouver, Washington 98660-3310
Telephone: 360.693.2424

**Randall K Pulliam**
CARNEY WILLIAMS BATES BOZEMAN & PULLIAM, PLLC
11311 ARCADE DRIVE
SUITE 200
LITTLE ROCK, AR 72212
501-312-8500
rpulliam@carneywilliams.com

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☒ other (specify)  Via ECF

/s/ John R. Bachofner
John R. Bachofner

NOTICE OF APPEARANCE
Civil Action No. 3:10-Civil-05830-RBL

Page 3

Bullivant|Houser|Bailey PC
805 Broadway Street, Suite 400
Vancouver, Washington 98660-3310
Telephone: 360.693.2424