The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>    Defendant. | No. 3:10-cv-05830-RBL<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DEPARTMENT STORES NATIONAL BANK |

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Department Stores National Bank ("DSNB") states that Citibank (South Dakota), N.A., a non-public bank, owns 100% of the common stock of DSNB; and that Citigroup, Inc., a public company not owned by any parent company or by any publicly-held corporation owning 10% or more of its stock, in turn owns 100% of the common stock of Citibank (South Dakota), N.A.  In addition, Macy's, Inc., owns 49% of a class of non-voting preferred stock of DSNB, but has no equity interest in DSNB.  Macy's, Inc. is not owned by any parent corporation or by any publicly held corporation owning 10% or more of its stock.

RULE 7.1 CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
DEPARTMENT STORES NATIONAL BANK
No. 3:10-cv-05830 RBL

- 1 -

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

1 March 14, 2011

                        Respectfully submitted,

                          s/ Robert W. Trenchard

ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
   (*admitted pro hac vice*)
NOAH A. LEVINE (N.Y. Bar No. 4324521)
   (*admitted pro hac vice*)
PAMELA K. BOOKMAN (N.Y. Bar No. 4492328)
   (*admitted pro hac vice*)
CRAIG R. HEEREN (N.Y. Bar No. 4713053)
   (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

JOHN R. BACHOFNER, WSBN #18650
BULLIVANT HOUSER BAILEY PC
805 Broadway St.
Suite 400
Vancouver, WA 98660
Tel: 360.906.6340
Fax: 360.395.8504
John.Bachofner@bullivant.com

*Counsel for Defendant Department Stores National Bank*

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DEPARTMENT STORES NATIONAL BANK
No. 3:10-cv-05830 RBL

- 2 -

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah M Nelson
Nelson Boyd PLLC
1700 Seventh Avenue, Suite 2220
Seattle, WA  98101
206-971-7601
nelson@nelsonboydlaw.com

Jeffrey D. Boyd
Nelson Boyd PLLC
1700 Seventh Avenue, Suite 2220
Seattle, WA  98101
206-971-7601
boyd@nelsonboydlaw.com

Kenneth J Grunfeld
Golomb & Honik, PC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
kgrunfeld@golombhonik.com

Rachel J Geman
Lieff Cabraser Heimann & Bernstein (NY)
250 Hudson Street, 8th Floor
New York, NY  10013-1413
212-355-9500
rgeman@lchb.com

Randall K Pulliam
Carney Williams Bates Bozeman & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR  72212
501-312-8500
rpulliam@carneywilliams.com

and I hereby certify that I am aware of no non-CM/ECF participants to whom this document should be mailed by United States Postal Service.

DATED: March 14, 2011                    s/ Robert W. Trenchard

ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
    (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

*Counsel for Defendant Department Stores National Bank*

CERTIFICATE OF SERVICE
No. 3:10-cv-05830 RBL

- 1 -

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800