The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>　　　　　Defendant. | No. 3:10-cv-05830-RBL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: March 29, 2011** |

Pursuant to Local Rule CR 10(g), this Stipulation is made by and among plaintiff Shelley Denton ("Denton") and defendant Department Stores National Bank ("DSNB").

## **RECITALS**

WHEREAS, Denton filed her complaint in this action on November 14, 2010;

WHEREAS, DSNB filed a motion to dismiss Denton's complaint on March 14, 2011, noting the motion on the calendar for April 8, 2011;

WHEREAS, the parties having conferred with each other and with the Court's judicial assistant and agreed that both parties would benefit from a modification of the briefing schedule on DSNB's motion to dismiss the complaint;

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

1 NOW, THEREFORE, Denton and DSNB, through their respective undersigned counsel, hereby stipulate, and the Court now orders, as follows:

1. Denton's time to file her opposition to DSNB's motion to dismiss the complaint is extended until and including April 25, 2011.

2. DSNB's time to file its reply in further support of its motion to dismiss the complaint is extended until and including May 16, 2011.

3. The noting date for DSNB's motion to dismiss the complaint is changed to May 20, 2011.

**SO STIPULATED:**

Dated: March 29, 2011

By: s/ Robert W. Trenchard
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
   (*admitted pro hac vice*)
NOAH A. LEVINE (N.Y. Bar No. 4324521)
   (*admitted pro hac vice*)
PAMELA K. BOOKMAN (N.Y. Bar No. 4492328)
   (*admitted pro hac vice*)
CRAIG R. HEEREN (N.Y. Bar No. 4713053)
   (*admitted pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

JOHN R. BACHOFNER, WSBN 18650
BULLIVANT HOUSER BAILEY PC
805 Broadway St.
Suite 400
Vancouver, WA 98660
Tel: (360) 906-6340
Fax: (360) 395-8504
John.Bachofner@bullivant.com

*Counsel for Defendant Department Stores National Bank*

By: s/ Kenneth J. Grunfeld
Kenneth J. Grunfeld (PA Bar No. 84121)

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

(*admitted pro hac vice*)
Via email authorization
GOLOMB & HONIK, PC
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: (215) 985-9177
Email: kgrunfeld@golombhonik.com

Deborah M. Nelson, WSBN 23087
Jeffrey D. Boyd, WSBN 41620
NELSON BOYD PLLC
1700 Seventh Avenue
Suite 2220
Seattle, WA 98101
Tel: (206) 971-7601
Email: nelson@nelsonboydlaw.com

Rachel J. Geman (N.Y. Federal Bar No. RG-0998)
   (*admitted pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN (NY)
250 Hudson Street
8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Email: rgeman@lchb.com

Randall K. Pulliam (AR Bar No.98105)
   (*admitted pro hac vice*)
CARNEY WILLIAMS BATES BOZEMAN & PULLIAM, PLLC
11311 Arcade Drive
Suite 200
Little Rock, AR 72212
Tel: (501) 312-8500
Email: rpulliam@carneywilliams.com

*Counsel for Plaintiff Shelley Denton*

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah M. Nelson
Nelson Boyd PLLC
1700 Seventh Avenue, Suite 2220
Seattle, WA  98101
206-971-7601
nelson@nelsonboydlaw.com

Jeffrey D. Boyd
Nelson Boyd PLLC
1700 Seventh Avenue, Suite 2220
Seattle, WA  98101
206-971-7601
boyd@nelsonboydlaw.com

Kenneth J Grunfeld
Golomb & Honik, PC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
kgrunfeld@golombhonik.com

Rachel J. Geman
Lieff Cabraser Heimann & Bernstein (NY)
250 Hudson Street, 8th Floor
New York, NY  10013-1413
212-355-9500
rgeman@lchb.com

Randall K. Pulliam
Carney Williams Bates Bozeman & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR  72212
501-312-8500
rpulliam@carneywilliams.com

and I hereby certify that I am aware of no non-CM/ECF participants to whom this document should be mailed by United States Postal Service.

Dated: March 29, 2011

By:   s/ Robert W. Trenchard
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
    (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

*Counsel for Defendant Department Stores National Bank*

CERTIFICATE OF SERVICE
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800