Hon. Ronald B. Leighton

Deborah M. Nelson, Esq. (State Bar No. 23087)
nelson@nelsonboydlaw.com
Jeffrey D. Boyd, Esq. (State Bar No. 41620)
boyd@nelsonboydlaw.com
NELSON BOYD, PLLC
411 University Street, Suite 1200
Seattle, WA  98101
Telephone:  (206) 971-7601

*Attorneys for Plaintiff*

IN THE UNITED STATES COURT
DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated, | CIVIL ACTION NO: 3:10-cv-05830-RBL |
| PLAINTIFF, | |
| vs. | NOTICE OF CHANGE OF ADDRESS |
| DEPARTMENT STORES NATIONAL BANK, | |
| DEFENDANT. | |

Please be advised that effective June 18, 2011, the undersigned law firm's address will be, as follows:

Nelson Boyd, PLLC
411 University Street, Suite 1200
Seattle, WA  98101

The telephone number will remain (206) 971-7601.

NOTICE OF CHANGE OF ADDRESS - Page 1

**NELSON BOYD, PLLC**
**411 University Street, Suite 1200**
**Seattle, WA  98101**
**(206) 971-7601**

1    DATED this ___ day of _____, 2011.

2                            **NELSON BOYD, PLLC**

3
                        BY:    /s/ Deborah M. Nelson
4                              Deborah M. Nelson, WSBA #23087
                               Jeffrey D. Boyd, WSBA #41260
5                              411 University Street, Suite 1200
                               Seattle, WA  98101
                               Telephone:  (206) 971-7601
6                              nelson@nelsonboydlaw.com
                               boyd@nelsonboydlaw.com
7

8                            **DECLARATION OF SERVICE**

9        On this day, the undersigned served all parties of record with a copy of the foregoing
     document entitled Notice of Change of Address as follows by mailing a copy with sufficient postage to:

10

| **Attorneys for Defendant:**<br>Julia B. Strickland<br>Strook<br>2029 Century Park East, # 1800<br>Los Angeles, CA 90067 | Golomb & Honik<br>Ken Grunfeld, Esq.<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102 |
| --- | --- |
| **Attorneys for Plaintiffs:**<br>Lieff, Cabraser, Heimann, &<br>Bernstein, LLP<br>Rachel Geman, Esq.<br>250 Hudson St., 8th Fl.<br>New York, NY 10013-1413 | Randall Pulliam, Esq.<br>Carney Williams Bates Bozeman &<br>Pulliam<br>11311 Arcade Drive, Suite 200<br>Little Rock, AR 72212 |
| Lieff, Cabraser, Heimann, &<br>Bernstein, LLP<br>Allison Elgart, Esq.<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111-3339 |  |

19       I declare under penalty of perjury under the Laws of the State of Washington that the
20   foregoing is true and correct.

     Date at Seattle, Washington this ___ day of June, 2011.
21

22

23                              Deborah Nelson

     NOTICE OF CHANGE OF ADDRESS - Page 2              **NELSON BOYD, PLLC**
                                                       **411 University Street, Suite 1200**
                                                       **Seattle, WA  98101**
                                                       **(206) 971-7601**