1

2

3

4

5

6

7

8

9   Judge Honorable Ronald B. Leighton

10                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
11                               AT TACOMA

| | |
|---|---|
| 12  **SHELLEY DENTON, and all others similarly situated,** | Case No. 3:10-cv-05830-RBL |
| 13                          Plaintiff, | **NOTICE OF CHANGE OF ADDRESS FOR JOHN R. BACHOFNER AND RUSSELL D. GARRETT** |
| 14          v. | |
| 15  **DEPARTMENT STORES NATIONAL BANK,** | |
| 16 | |
| 17                          Defendant. | |

18

19          Notice is hereby given that John R. Bachofner and Russell D. Garrett, attorneys for

20   Department Stores National Bank, hereby give notice of their change of address to the firm

21   of Jordan Ramis PC.  Please take notice that their information for this matter is as follows,

22   effective immediately:

23   /////

24   /////

25

- Page 1- **NOTICE OF CHANGE OF ADDRESS FOR JOHN R. BACHOFNER AND RUSSELL D. GARRETT**

JORDAN RAMIS PC
Attorneys at Law
1498 SE Tech Center Pl Ste 380
Vancouver WA 98683
Telephone: 360.567.3900 Fax: 360.567.3901
51284-70033 323648_1.DOC\ABT/9/1/2011

1

2    Russell D. Garrett. WSBA #18657
     Jordan Ramis, P.C.
3    1498 SE Tech Center Place
     Suite 380
4    Vancouver, WA 98683
     Phone:  (360) 567-3900
5    Fax:  (360) 567-3901
     Russ.garrett@jordanramis.com
6
     John R. Bachofner. WSBA #18650
7    Jordan Ramis, P.C.
     1498 SE Tech Center Place
8    Suite 380
     Vancouver, WA 98683
9    Phone:  (360) 567-3900
     Fax:  (360) 567-3906
10   John.bachofner@jordanramis.com

11   Dated this 1st day of September, 2011.

12
                                    JORDAN RAMIS PC
13                                  Attorneys for Defendant Citibank, N.A.

14
                                    By:
15                                       Russell D. Garrett, WSB # 18657
16                                       John R. Bachofner, WSB#18650

17

18

19

20

21

22

23

24

25

- Page 2- **NOTICE OF CHANGE OF ADDRESS FOR
JOHN R. BACHOFNER AND RUSSELL D.
GARRETT**

JORDAN RAMIS PC
Attorneys at Law
1498 SE Tech Center Pl Ste 380
Vancouver WA 98683
Telephone: 360.567.3900 Fax: 360.567.3901
51284-70033 323648_1.DOC\ABT/9/1/2011

1        **DECLARATION OF SERVICE**

2        I hereby certify that on the date shown below, I served a true and correct copy of the

3    foregoing Notice of Change of Address for John R. Bachofner and Russell D. Garrett on:

4            Deborah M. Nelson
             Nelson Boyd, PLLC
5            1700 17th Avenue #2220
             Seattle WA  98101
6

7    [X]    by ECF.

8    [ ]    by hand delivery.

9    [ ]    by facsimile transmission.

10   [ ]    by facsimile transmission and first class mail, postage prepaid.

11   [ ]    by electronic transmission and first class mail, postage prepaid.

12       DATED:  September 1, 2011.

13

14                                      Russell D. Garrett, WSB # 18657
                                        John R. Bachofner, WSB#18650

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF SERVICE

JORDAN RAMIS PC
Attorneys at Law
1498 SE Tech Center Pl Ste 380
Vancouver WA 98683
Telephone: 360.567.3900 Fax: 360.567.3901
51284-70033 323648_1.DOC\ABT/9/1/2011