The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>    Defendant. | No. 3:10-cv-05830-RBL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 9, 2011** |

Pursuant to Local Rule CR 10(g), this Stipulation is made by and among plaintiff Shelley Denton ("Denton") and defendant Department Stores National Bank ("DSNB").

**RECITALS**

WHEREAS, Denton filed an amended complaint in this action on August 31, 2011;

WHEREAS, the parties having conferred with each other and agreed that both would benefit from a modification of the briefing schedule on DSNB's motion to dismiss the complaint;

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

1    NOW, THEREFORE, Denton and DSNB, through their respective undersigned counsel, hereby stipulate, and the Court now orders, as follows:

1. DSNB's time to file its motion to dismiss the amended complaint is extended until and including September 30, 2011.

2. Denton's time to file her opposition to DSNB's motion to dismiss the amended complaint is extended until and including October 31, 2011.

3. DSNB's time to file its reply in further support of its motion to dismiss the amended complaint is extended until and including November 21, 2011.

4. The noting date for DSNB's motion to dismiss the complaint is changed to November 25, 2011 or December 2, 2011, whichever is more convenient for the Court given the Thanksgiving holiday.

**SO STIPULATED:**

Dated: September 9, 2011      By:   s/ Robert W. Trenchard

ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
   (*admitted pro hac vice*)
NOAH A. LEVINE (N.Y. Bar No. 4324521)
   (*admitted pro hac vice*)
PAMELA K. BOOKMAN (N.Y. Bar No. 4492328)
   (*admitted pro hac vice*)
CRAIG R. HEEREN (N.Y. Bar No. 4713053)
   (*admitted pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

JOHN R. BACHOFNER, WSBN 18650
JORDAN RAMIS PC
1498 SE Tech Center Place
Suite 380
Vancouver, WA  98683
Tel: (360) 567-3900
Fax: (360) 567-3901
john.bachofner@jordanramis.com
*Counsel for Defendant Department Stores National Bank*

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

By:  s/ Rachel J. Geman
Rachel J. Geman (N.Y. Federal Bar No. RG-0998)

(*admitted pro hac vice*)
Via email authorization
LIEFF CABRASER HEIMANN & BERNSTEIN (NY)
250 Hudson Street
8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Email: rgeman@lchb.com

Kenneth J. Grunfeld (PA Bar No. 84121)
(*admitted pro hac vice*)
GOLOMB & HONIK, PC
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: (215) 985-9177
Email: kgrunfeld@golombhonik.com

Deborah M. Nelson, WSBN 23087
Jeffrey D. Boyd, WSBN 41620
NELSON BOYD PLLC
411 University Street
Suite 1200
Seattle, WA 98101
Tel: (206) 971-7601
Email: nelson@nelsonboydlaw.com

Randall K. Pulliam (AR Bar No.98105)
(*admitted pro hac vice*)
CARNEY WILLIAMS BATES BOZEMAN & PULLIAM, PLLC
11311 Arcade Drive
Suite 200
Little Rock, AR 72212
Tel: (501) 312-8500
Email: rpulliam@carneywilliams.com

*Counsel for Plaintiff Shelley Denton*

---

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Deborah M. Nelson<br>Nelson Boyd PLLC<br>411 University Street, Suite 1200<br>Seattle, WA  98101<br>206-971-7601<br>nelson@nelsonboydlaw.com | Rachel J. Geman<br>Lieff Cabraser Heimann & Bernstein (NY)<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>212-355-9500<br>rgeman@lchb.com |
| Jeffrey D. Boyd<br>Nelson Boyd PLLC<br>411 University Street, Suite 1200<br>Seattle, WA  98101<br>206-971-7601<br>boyd@nelsonboydlaw.com | Randall K. Pulliam<br>Carney Williams Bates Bozeman & Pulliam, PLLC<br>11311 Arcade Drive, Suite 200<br>Little Rock, AR  72212<br>501-312-8500<br>rpulliam@carneywilliams.com |
| Kenneth J Grunfeld<br>Golomb & Honik, PC<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>215-985-9177<br>kgrunfeld@golombhonik.com | |

and I hereby certify that I am aware of no non-CM/ECF participants to whom this document should be mailed by United States Postal Service.

Dated: September 9, 2011

By: <u>  s/ Robert W. Trenchard       </u>
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
    (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

*Counsel for Defendant Department Stores National Bank*

CERTIFICATE OF SERVICE
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800