The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>Defendant. | No. 3:10-cv-05830-RBL<br><br>**ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

The Court, having considered the joint stipulation of the parties, and being fully advised in the premises, ORDERS, as follows:

1. DSNB's time to file its motion to dismiss the amended complaint is extended until and including September 30, 2011.

2. Denton's time to file her opposition to DSNB's motion to dismiss the amended complaint is extended until and including October 31, 2011.

3. DSNB's time to file its reply in further support of its motion to dismiss the amended complaint is extended until and including November 21, 2011.

[PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

4. The noting date for DSNB's motion to dismiss the complaint is changed to November 25, 2011 or December 2, 2011, whichever is more convenient for the Court given the Thanksgiving holiday.

IT IS SO ORDERED.

DATED this 14th day of September 2011.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

　　　s/ Robert W. Trenchard

ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
　　(*admitted pro hac vice*)
WILMER CUTLER PICKERING
　HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Noah.Levine@wilmerhale.com

*Counsel for Defendant Department Stores National Bank*