The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>　　　　　　Defendant. | No. 3:10-cv-05830-RBL<br><br>[PROPOSED] ORDER TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT |

**[PROPOSED] ORDER**

The Court, having considered the submissions of the parties, and being fully advised in the premises, ORDERS that Defendant Department Stores National Bank's Motion to Dismiss is GRANTED.

The First Amended Class Action Complaint filed by Plaintiff Shelley Denton is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated this ____ day of _____, 2011　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　　　United States District Judge

PROPOSED ORDER TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

1  Presented by:

2       s/ Robert W. Trenchard

3
   ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
4       (*admitted pro hac vice*)
   WILMER CUTLER PICKERING
5     HALE AND DORR LLP
   399 Park Avenue
6  New York, NY 10022
   Tel: (212) 230-8800
7  Fax: (212) 230-8888
   Robert.trenchard@wilmerhale.com
8

9  *Counsel for Defendant Department Stores National Bank*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   PROPOSED ORDER TO DISMISS PLAINTIFF'S FIRST                    WILMER CUTLER PICKERING HALE AND DORR LLP
28 AMENDED CLASS ACTION COMPLAINT                                                              399 Park Avenue
   No. 3:10-cv-05830 RBL                                                                    New York, NY 10022
                                                                                              (212) 230-8800