The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>Defendant. | No. 3:10-cv-05830-RBL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO ANSWER PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Local Rule CR 10(g), this Stipulation is made by and among plaintiff Shelley Denton ("Ms. Denton") and defendant Department Stores National Bank ("DSNB").

**RECITALS**

WHEREAS, Ms. Denton filed a First Amended Class Action Complaint ("Amended Complaint") in this action on August 31, 2011;

WHEREAS, on September 30, 2011, DSNB moved to dismiss Ms. Denton's Amended Complaint for failure to state a claim;

WHEREAS, on April 11, 2012, this Court granted in part and denied in part DSNB's motion to dismiss the Amended Complaint;

WHEREAS, the parties having conferred with each other and agreed that additional time to file an Answer to the amended complaint would be fair and appropriate;

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO ANSWER PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

NOW, THEREFORE, Ms. Denton and DSNB, through their respective undersigned counsel, hereby stipulate, and the Court now orders, as follows:

1. DSNB's time to file its Answer to the Amended Complaint is extended until and including May 9, 2012.

**SO STIPULATED:**

Dated: April 24, 2012

By: s/ Robert W. Trenchard
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
(*admitted pro hac vice*)
s/ Noah A. Levine
NOAH A. LEVINE (N.Y. Bar No. 4324521)
(*admitted pro hac vice*)
s/ Craig R. Heeren
CRAIG R. HEEREN (N.Y. Bar No. 4713053)
(*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

s/ John R. Bachofner
JOHN R. BACHOFNER, WSBN 18650
JORDAN RAMIS PC
1498 SE Tech Center Place
Suite 380
Vancouver, WA  98683
Tel: (360) 567-3900
Fax: (360) 567-3901
john.bachofner@jordanramis.com
*Counsel for Defendant Department Stores National Bank*

By: s/ Rachel J. Geman
RACHEL J. GEMAN (N.Y. Federal Bar No. RG-0998)
(*admitted pro hac vice*)
Via email authorization
LIEFF CABRASER HEIMANN & BERNSTEIN (NY)
250 Hudson Street
8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Email: rgeman@lchb.com

JOINT STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE TIME TO ANSWER PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

s/ Kenneth J. Grunfeld
KENNETH J. GRUNFELD (PA Bar No. 84121)
(*admitted pro hac vice*)
GOLOMB & HONIK, PC
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: (215) 985-9177
Email: kgrunfeld@golombhonik.com

s/ Deborah M. Nelson
DEBORAH M. NELSON, WSBN 23087

s/ Jeffrey D. Boyd
JEFFREY D. BOYD, WSBN 41620
NELSON BOYD PLLC
411 University Street
Suite 1200
Seattle, WA 98101
Tel: (206) 971-7601
Email: nelson@nelsonboydlaw.com

s/ Randall K. Pulliam
RANDALL K. PULLIAM (AR Bar No.98105)
(*admitted pro hac vice*)
CARNEY WILLIAMS BATES BOZEMAN & PULLIAM, PLLC
11311 Arcade Drive
Suite 200
Little Rock, AR 72212
Tel: (501) 312-8500
Email: rpulliam@carneywilliams.com

*Counsel for the Plaintiff and Putative Class*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO ANSWER PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah M. Nelson
Nelson Boyd PLLC
411 University Street, Suite 1200
Seattle, WA 98101
206-971-7601
nelson@nelsonboydlaw.com

Jeffrey D. Boyd
Nelson Boyd PLLC
411 University Street, Suite 1200
Seattle, WA 98101
206-971-7601
boyd@nelsonboydlaw.com

Kenneth J Grunfeld
Golomb & Honik, PC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
kgrunfeld@golombhonik.com

Rachel J. Geman
Lieff Cabraser Heimann & Bernstein (NY)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
212-355-9500
rgeman@lchb.com

Randall K. Pulliam
Carney Williams Bates Bozeman & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
501-312-8500
rpulliam@carneywilliams.com

and I hereby certify that I am aware of no non-CM/ECF participants to whom this document should be mailed by United States Postal Service.

Dated: April 24, 2012

By: s/ Robert W. Trenchard
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
(*admitted pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

*Counsel for Defendant Department Stores National Bank*