The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DEPARTMENT STORES NATIONAL BANK, <br><br> Defendant. | No. 3:10-cv-05830-RBL <br><br> **[PROPOSED] ORDER TO EXTEND THE TIME TO ANSWER PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

**[PROPOSED] ORDER**

The Court, having considered the joint stipulation of the parties, and being fully advised in the premises, ORDERS, as follows:

1. Department Store National Bank's time to file its Answer to the First Amended Class Action Complaint is extended until and including May 9, 2012.

IT IS SO ORDERED.

Dated this ____ day of April, 2012      _____
                                         Hon. Ronald B. Leighton
                                         United States District Judge

[PROPOSED] ORDER TO EXTEND THE TIME TO
ANSWER PLAINTIFF'S FIRST AMENDED CLASS
ACTION COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Presented by:

　s/ Robert W. Trenchard
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
　　(*admitted pro hac vice*)
WILMER CUTLER PICKERING
　HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Noah.Levine@wilmerhale.com

*Counsel for Defendant Department Stores National Bank*

[PROPOSED] ORDER TO EXTEND THE TIME TO
ANSWER PLAINTIFF'S FIRST AMENDED CLASS
ACTION COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah M. Nelson
Nelson Boyd PLLC
411 University Street, Suite 1200
Seattle, WA 98101
206-971-7601
nelson@nelsonboydlaw.com

Jeffrey D. Boyd
Nelson Boyd PLLC
411 University Street, Suite 1200
Seattle, WA 98101
206-971-7601
boyd@nelsonboydlaw.com

Kenneth J Grunfeld
Golomb & Honik, PC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
kgrunfeld@golombhonik.com

Rachel J. Geman
Lieff Cabraser Heimann & Bernstein (NY)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
212-355-9500
rgeman@lchb.com

Randall K. Pulliam
Carney Williams Bates Bozeman & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
501-312-8500
rpulliam@carneywilliams.com

and I hereby certify that I am aware of no non-CM/ECF participants to whom this document should be mailed by United States Postal Service.

Dated: April 24, 2012

By: s/ Robert W. Trenchard
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
    (*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

*Counsel for Defendant Department Stores National Bank*

CERTIFICATE OF SERVICE
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800