The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>Defendant. | No. 3:10-cv-05830-RBL<br><br>**ORDER TO EXTEND THE TIME TO ANSWER PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

**ORDER**

The Court, having considered the joint stipulation of the parties, and being fully advised in the premises, ORDERS, as follows:

1. Department Store National Bank's time to file its Answer to the First Amended Class Action Complaint is extended until and including May 9, 2012.

IT IS SO ORDERED.

Dated this 25th day of April, 2012

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO EXTEND THE TIME TO
ANSWER PLAINTIFF'S FIRST AMENDED CLASS
ACTION COMPLAINT
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

1 | Presented by:
2 |
3 |   s/ Robert W. Trenchard
   | ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
4 |       (*admitted pro hac vice*)
   | WILMER CUTLER PICKERING
5 |    HALE AND DORR LLP
   | 399 Park Avenue
6 | New York, NY 10022
   | Tel: (212) 230-8800
7 | Fax: (212) 230-8888
   | Noah.Levine@wilmerhale.com
8 |
9 | *Counsel for Defendant Department Stores National Bank*