The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHELLEY DENTON, and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>DEPARTMENT STORES NATIONAL BANK,<br><br>            Defendant. | No. 3:10-cv-05830-RBL<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007.  All facsimile and telephone numbers will remain the same.

Respectfully submitted,

s/ ROBERT W. TRENCHARD
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
(*admitted pro hac vice*)

s/ NOAH A. LEVINE

NOTICE OF CHANGE OF ADDRESS
No. 3:10-cv-05830 RBL

WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
(212) 230-8800

NOAH A. LEVINE (N.Y. Bar No. 4324521)
(*admitted pro hac vice*)

_____s/ CRAIG R. HEEREN_____
CRAIG R. HEEREN (N.Y. Bar No. 4713053)
(*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com

_____s/ JOHN R. BACHOFNER_____
JOHN R. BACHOFNER, WSBN #18650
JORDAN RAMIS PC
1498 SE Tech Center Place
Suite 380
Vancouver, WA 98683
Tel: (360) 567-3900
Fax: (360) 567-3901
john.bachofner@jordanramis.com

*Counsel for Defendant Department Stores National Bank*

NOTICE OF CHANGE OF ADDRESS
No. 3:10-cv-05830 RBL

- 3 -

WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
(212) 230-8800

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Deborah M. Nelson<br>Nelson Boyd PLLC<br>411 University Street, Suite 1200<br>Seattle, WA  98101<br>206-971-7601<br>nelson@nelsonboydlaw.com | Rachel J. Geman<br>Lieff Cabraser Heimann & Bernstein (NY)<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>212-355-9500<br>rgeman@lchb.com |
| Jeffrey D. Boyd<br>Nelson Boyd PLLC<br>411 University Street, Suite 1200<br>Seattle, WA  98101<br>206-971-7601<br>boyd@nelsonboydlaw.com | Randall K. Pulliam<br>Carney Williams Bates Bozeman<br>    & Pulliam, PLLC<br>11311 Arcade Drive, Suite 200<br>Little Rock, AR  72212<br>501-312-8500<br>rpulliam@carneywilliams.com |
| Kenneth J. Grunfeld<br>Golomb & Honik, PC<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>215-985-9177<br>kgrunfeld@golombhonik.com | |

and I hereby certify that I am aware of no non-CM/ECF participants to whom this document should be mailed by United States Postal Service.

DATED: July 11, 2012

            s/ ROBERT W. TRENCHARD
ROBERT W. TRENCHARD (N.Y. Bar No. 2679488)
(*admitted pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Robert.Trenchard@wilmerhale.com
*Counsel for Defendant Department Stores National Bank*

CERTIFICATE OF SERVICE
No. 3:10-cv-05830 RBL

- 1 -

WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
(212) 230-8800